IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Myriel Grevious, | : |
| | : |
| Plaintiff, | : |
| | : Case Number: 1:23cv274 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Hamilton County Child Services. | : |
| | : |
| | : |
| Defendant. | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Report and Recommendation (doc. 2) of the Magistrate Judge is hereby **ADOPTED**. Accordingly, Plaintiff's petition is **DISMISSED WITH PREJUDICE**.  The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order could not be taken in good faith.

July 13, 2023                                                                                         RICH NAGEL, CLERK

                                                                                                             _S/William Miller_
                                                                                                             Deputy Clerk